Magistrate Judge Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE TRACKING OF ONE OR MORE TARGET VEHICLE(S) | NO. 21-TW-00107-DWC<br><br>ORDER TO UNSEAL SEARCH WARRANT RELATED MATERIALS |
|---|---|

The Court, having considered the Motion to Unseal Tracking Warrant Documents in the above-captioned matter, hereby finds that the Motion is GRANTED.

IT IS HEREBY ORDERED that the warrant, application, affidavit in support and warrant returns and any other pleadings previously filed under seal in the above-captioned matter shall be UNSEALED.

DATED this 19th day of July, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Assistant United States Attorney

Order to Unseal - 1
21-TW-00107-DWC
2021R00197

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970